UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **20-2469**

Doe v. The College of New Jersey
(D.N.J. No. 3-19-cv-20674)

**ORDER**

    Because the appellant proceeded pseudonymously in the District Court, this appeal has been docketed using the appellant's pseudonym. See Fed. R. App. P. 12(a) (requiring circuit clerk to docket appeal under title of district-court action). If the appellant wishes to continue under a pseudonym, the appellant must file a motion asking this Court for that relief within fourteen (14) days of this order.

    While the appellant is proceeding under a pseudonym, the parties' filings and CM/ECF docket entries should not use the appellant's full name. If the parties need to file documents containing the appellant's full name or other personally identifiable information, they should consider seeking the Court's permission to file those documents under seal.

    Additionally, the parties are advised that all individuals must be added to the appeal for recusal purposes. Accordingly, the appellant's counsel is directed to file the appellant's full name under seal within fourteen (14) days of the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 23, 2020
JK/cc:   All Counsel of Record