UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **20-2469**

Doe v. The College of New Jersey
(D.N.J. No. 3-19-cv-20674)

**ORDER**

      The appellant seeks review of the District Court's order entered July 2, 2020. The order appealed may not be final within the meaning of 28 U.S.C. § 1291 and may not otherwise be appealable at this time. All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: July 23, 2020
JK/cc: All Counsel of Record